McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS WILEY,<br>JAMAR JOHNSON,<br>ANTHONY LATIMORE,<br>CHARLIE STEVENSON, AND<br>RASHAWN ALKOBADI,<br><br>Defendants. | No. 1:16-CR-00176 DAD |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAMIREZ,<br><br>Defendant. | No. 1:16-CR-00188 DAD |
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>KHALIF CAMPBELL, | No. 1:16-CR-00173 DAD |

1

| | |
|---|---|
| Defendant. | |
| United States of America, | No. 1:16-CR-00172 DAD |
| Plaintiff, | |
| v. | |
| JAMAR JOHNSON, | |
| Defendant. | |
| United States of America, | No. 1:16-CR-00169 DAD |
| Plaintiff, | |
| v. | |
| OMAR GONZALEZ, | |
| Defendant. | |

The United States, through McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney, and Galatea DeLapp, attorney for Jamar Johnson; Barbara H. O'Neill, attorney for Anthony Latimore; Daniel Harralson, attorney for Charlie Stevenson; Nicholas Reyes, attorney for Rashawn Alkobadi; Robert Lamanuzzi, attorney for Anthony Ramirez; Roger Wilson, attorney for Khalif Campbell; and Anthony Capozzi, attorney for Omar Gonzalez, have stipulated to a continuance of the pretrial motion hearing set for February 27, 2019 to May 29, 2019 at 10:00 a.m. The case is set for trial in July 2019. Originally, *United States v. Robert Gonzalez, et al*, 1:16-CR-00187 DAD, a related case, was set for trial in April 2019. However, that case was continued to December 3, 2019 and the pretrial hearing for that matter set for October 21, 2019. Given the continuance and the likelihood that additional defendants will resolve their matters by guilty plea, the parties believe that it will be most efficient to have the hearing closer in time to the trial date.

Additionally, the government and Scott Quinlan, attorney for Chris Wiley, stipulate to a continuance of the hearing on defendant Wiley's motion for CI disclosure to March 13, 2019 at 10:00 a.m. The parties believe they are moving toward a resolution of the matter which may

make the hearing unnecessary.

Dated: February 26, 2019						Respectfully submitted,

									McGREGOR W. SCOTT
									United States Attorney

							By	/s/ Kimberly A. Sanchez
								KIMBERLY A. SANCHEZ
								Assistant U.S. Attorney

Dated: February 26, 2019						/s/ William Scott Quinlan
									WILLIAM SCOTT QUINLAN
									Attorney for Chris Wiley

Dated: February 26, 2019						/s/ Galatea DeLapp
									GALATEA DELAPP
									Attorney for Jamar Johnson

Dated: February 26, 2019						/s/ Barbara O'Neill
									BARBARA O'NEILL
									Attorney for Anthony Latimore

Dated: February 26, 2019						/s/ Daniel Harralson
									DANIEL HARRALSON
									Attorney for Charlie Stevenson

Dated: February 26, 2019						/s/ Robert Lamanuzzi
									ROBERT LAMANUZZI
									Attorney for Anthony Ramirez

Dated: February 26, 2019						/s/ Nicholas Reyes
									NICHOLAS REYES
									Attorney for Rashawn Alkobadi

Dated: February 26, 2019						/s/ Anthony Capozzi
									ANTHONY CAPOZZI
									Attorney for Omar Gonzalez

Dated: February 26, 2019						/s/ Roger Wilson
									ROGER WILSON
									Attorney for Khalif Campbell

It is Ordered that the pretrial hearing scheduled for February 27, 2019 is continued to May 29, 2019 at 10:00 a.m. and the hearing on CI disclosure scheduled for February 27, 2019 as to Chris Wiley is continued to March 13, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 26, 2019**

UNITED STATES DISTRICT JUDGE