1  ROBERT LAMANUZZI, SBN 213673
   Attorney at Law
2  1330 L Street  Suite D
   Fresno, CA 93721
3  (559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00188 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| ANTHONY RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant Anthony Ramirez and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for February 10, 2020, at 10:00 a.m. shall be continued until MARCH 2, 2020, at 10:00 a.m.

1. This continuance is necessary due to defense counsel's unavailability due to a juvenile court adjudication set for the same date.
2. Defense counsel was forced to set the adjudication on the same date as defendant's sentencing due to speedy trial issues.
3. There is no objection by the U.S. Attorney.

Dated: February 4, 2020                                Respectfully submitted,

                                                       /s/ Robert Lamanuzzi
                                                       ROBERT LAMANUZZI
                                                       Attorney for Defendant, Anthony Ramirez

1

| | |
|---|---|
| Dated: February 4, 2020 | Respectfully submitted, |
| | /s/ Kimberly Sanchez<br>KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for February 10, 2020, at 10:00 a.m., is continued until MARCH 2, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 4, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE