ROBERT LAMANUZZI, SBN 213673
Attorney at Law
1330 L Street  Suite D
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY RAMIREZ,<br><br>Defendant. | Case No.  1:16-cr-00188 DAD-BAM<br><br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant Anthony Ramirez and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for March 2, 2020, at 10:00 a.m. shall be continued until   MAY 18, 2020, at 10:00 a.m.

1. Defendant's wife has been scheduled to deliver their child by C-section on March 2, 2020.
2. There is no objection by the U.S. Attorney.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a

speedy trial. 18 U.S.C. §3161(h)(7)(A).

Dated: February 26, 2020                              Respectfully submitted,


                                                      /s/ Robert Lamanuzzi
                                                      ROBERT LAMANUZZI
                                                      Attorney for Defendant, Anthony Ramirez

Dated: February 26, 2020                              Respectfully submitted,


                                                      /s/ Kimberly Sanchez
                                                      KIMBERLY SANCHEZ
                                                      Assistant U.S. Attorney


## **ORDER**

The sentencing hearing as to the above named defendant currently scheduled for March 2, 2020, at 10:00 a.m., is continued until MAY 18, 2020, at 10:00 a.m. in Courtroom No. 5.

IT IS SO ORDERED.

Dated: **February 26, 2020**                         _____
                                                      UNITED STATES DISTRICT JUDGE