HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Chief Assistant Federal Defender
801 I Street 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700/Fax: (916) 498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00188-DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| ANTHONY RAMIREZ, | |
| *Defendant.* | |

Defendant, Anthony Ramirez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of his terms of probation.

On August 17, 2020, Mr. Ramirez was sentenced to 36 months of probation. Mr. Ramirez has completed more than half of his probation and reached out to Mr. Lamanuzzi to terminate his probation early. Mr. Ramirez submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel Robert Conrad Lamanuzzi be promptly appointed *nunc pro tunc* as of August 17, 2022.

DATED:  October 14, 2022                                              */s/ Jerome Price*
                                                                                            JEROME PRICE
                                                                                            Chief Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Robert Conrad Lamanuzzi be promptly appointed *nunc pro tunc* as of August 17, 2022, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **October 14, 2022**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE